**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**VERONICA JACKSON**                                                                              **PETITIONER**

**V.**                                                        **CIVIL ACTION NO.: 3:23-cv-596-HTW-LGI**

**TIMOTHY FULLER**                                                                            **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket No. 4]**. In her Report and Recommendation, filed December 4, 2023, Magistrate Judge Isaac recommended the Petitioner's, Timothy Fuller ("Fuller"), petition be dismissed for lack of federal jurisdiction. *Id.* Magistrate Judge Isaac directed the Petitioner to file any written objections within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation **[Docket No. 4]**, this Court agrees with the Magistrate Judge Isaac that Fuller's petition, which does not raise any justiciable claims, all fail for lack of federal jurisdiction.

This Order commensurately hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court, and hereby **DISMISSES** the instant petition **WITHOUT PREJUDICE.**[1]

IT IS, FUTHER ORDERED that Fuller's *Motion for Leave to Proceed In Forma Pauperis* **[Docket No. 2]** be **DENIED**.

**SO ORDERED** this the **27th** day of November 2024.

                                        /s/HENRY T. WINGATE _____
                                        **UNITED STATES DISTRICT COURT JUDGE**

---

[1] A certificate of appealability is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005).